JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
Counsel for FLSA
NIAMH E. DOHERTY, Trial Attorney (CSBN 260749)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-3990
Facsimile:  (213) 894-2064
Email: doherty.niamh@dol.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS E. PEREZ,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>              Plaintiff,<br>      v.<br><br>AAA CAB SERVICE, INC., dba AAA MEDEX Transport, an Arizona corporation; MIR MASOOD SHAMSA, individually and as managing agent of the corporate employer; HOSSEIN DIBAZAR, individually and as managing agent of the corporate employer,<br>              Defendants. | Case No. CV _____<br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT** |

Plaintiff, THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor ("Plaintiff" or the "Secretary"), brings this action to enjoin defendants AAA CAB SERVICE, INC., dba AAA MEDEX TRANSPORT, an

1  Arizona corporation; MIR MASOOD SHAMSA, individually and as managing
2  agent of the corporate employer; HOSSEIN DIBAZAR, individually and as
3  managing agent of the corporate employer (collectively, "Defendants") from
4  violating the provisions of Sections 7, 11, and 15 of the Fair Labor Standards Act
5  of 1938, as amended (29 U.S.C. §§ 201, *et seq.*) ("FLSA" or the "Act"), pursuant
6  to Section 17 of the Act; and to recover unpaid compensation owing to
7  Defendants' employees, pursuant to Section 16(c) of the Act.

**I**

9  Jurisdiction of this action is conferred upon the Court by Sections 16(c) and
10 17 of the Act and 28 U.S.C. § 1345.

**II**

12 a.   Defendant AAA CAB SERVICE, INC., dba AAA MEDEX TRANSPORT
13 ("AAA") is and at all times relevant was an Arizona corporation with offices and
14 places of business located at 4525 E. University Drive, Phoenix, AZ, 85034, within
15 the jurisdiction of this Court, and is, and at all times relevant was engaged in
16 business as a non-emergency medical transportation company.
17 b.   Defendant MIR MASOOD SHAMSA, an individual, resides within the
18 jurisdiction of this Court, and at all times relevant acted directly or indirectly in the
19 interest of the Corporate Defendant in relation to its employees.
20 c.   Defendant HOSSEIN DIBAZAR, an individual, resides within the
21 jurisdiction of this Court, and at all times relevant acted directly or indirectly in the
22 interest of the Corporate Defendant in relation to its employees.

**III**

24 Corporate Defendant is and at all times relevant was engaged in related
25 activities performed through unified operation or common control for a common

business purpose, and is and at all times relevant was an enterprise within the meaning of Section 3(r) of the Act.

## IV

Corporate Defendant at all times relevant was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A) of the Act in that said enterprise at all times relevant had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.00.

## V

Defendants violated the provisions of Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), respectively, by employing employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid, for workweeks longer than forty hours from at least September 10, 2012 through and including September 9, 2014 ("Subject Period") without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed.

## VI

Defendants violated the provisions of Sections 11(c) and 15(a)(5) of the FLSA in that they failed to make, keep, and preserve adequate and accurate records

of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the FLSA and found in 29 C.F.R. Part 516.

## VII

During the Subject Period, Defendants violated the above-described provisions of the FLSA.

Judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by Section 17 of the FLSA, 29 U.S.C. § 217.

WHEREFORE, cause having been shown, the Secretary prays for a judgment against Defendants as follows:

a. For an Order pursuant to Section 17 of the Act, permanently enjoining and restraining Defendants AAA; MIR MASOOD SHAMSA and HOSSEIN DIBAZAR, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the aforementioned provisions of Section 15 of the Act; and

b. For an Order:

i. pursuant to Section 16(c) of the Act finding Defendants liable for unpaid compensation due Defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due Defendants' employees listed in the attached Exhibit A (additional back wages and liquidated damages may be owed to certain employees presently unknown to the Secretary for the period covered by this Complaint); or in the event liquidated damages are not awarded;

ii. pursuant to Section 17 of the Act enjoining and restraining Defendants, their officers, agents, servants, employees and those persons in active concert or participation with Defendants, from withholding payment of unpaid back wages

found to be due Defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621;

c. For an Order awarding the Secretary the costs of this action; and

d. For an Order granting such other and further relief as the Court deems to be necessary or appropriate.

Dated: December 30, 2015

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

SUSAN SELETSKY
Counsel for FLSA

NIAMH E. DOHERTY
Trial Attorney

U.S. DEPARTMENT OF LABOR
Attorneys for Plaintiff

# EXHIBIT A

| No. | Employee |
|---|---|
| 1 | Cassandra Adams |
| 2 | Julia Aguilar |
| 3 | Ruthann Akens |
| 4 | Edward Aldama |
| 5 | Jose Ambriz |
| 6 | Kenneth Anderson |
| 7 | Simon Apodaca |
| 8 | Diana Ayers |
| 9 | Gregory Ayers |
| 10 | Nader Ayrom |
| 11 | James Baines |
| 12 | Daniel Baker |
| 13 | John Baker |
| 14 | William Bartley |
| 15 | Jeffery Bell |
| 16 | Juan Bernal |
| 17 | Luis Bernal |
| 18 | Michael Bonogofski |
| 19 | Lacey Brindley |
| 20 | Gabriel Bueras Ochoa |
| 21 | Alex Calderon |
| 22 | William Caldwell |

| | | |
|---|---|---|
| 1 | 23 | David Calvin |
| 2 | 24 | Oscar Castano |
| 3 | 25 | Shannon Castillo |
| 4 | 26 | Cathy Chadwick |
| 5 | 27 | Luke Chavez |
| 6 | 28 | Sonya Collins |
| 7 | 29 | Luvina Conner |
| 8 | 30 | Marvin Cooper |
| 9 | 31 | Olga Corella |
| 10 | 32 | Esperanza Coronado |
| 11 | 33 | Lesli Corrales Rodriguez |
| 12 | 34 | Jonnie Couillard |
| 13 | 35 | Clinton Crawford Jr. |
| 14 | 36 | Joe Cueto |
| 15 | 37 | Lon Curtis |
| 16 | 38 | Ralph Delgado |
| 17 | 39 | Amanda Denton |
| 18 | 40 | Gene Dumas |
| 19 | 41 | Hal Engle |
| 20 | 42 | Christina Espinoza |
| 21 | 43 | Candice Falicki |
| 22 | 44 | Kathy Figueroa |
| 23 | 45 | Dequalan Fikes |
| 24 | 46 | Rolando Flores |
| 25 | 47 | Dena Fowler |

| | | |
|---|---|---|
| 1 | 48 | Monica Fox |
| 2 | 49 | Marcus Franklin |
| 3 | 50 | James Frei |
| 4 | 51 | Faith Frost |
| 5 | 52 | Elysa Gabaldon |
| 6 | 53 | Polo Garcia |
| 7 | 54 | Libnael Gigato Matos |
| 8 | 55 | Antonio Gomez |
| 9 | 56 | Angie Gonsoski |
| 10 | 57 | Avila Gonzalez |
| 11 | 58 | Erlinda Gonzalez |
| 12 | 59 | Arthur Griego |
| 13 | 60 | Charles Griffin |
| 14 | 61 | Richard Hand |
| 15 | 62 | Jana Harvey |
| 16 | 63 | Denise Hayes |
| 17 | 64 | William Heineke |
| 18 | 65 | Abe Hernandez |
| 19 | 66 | Pedro Hernandez |
| 20 | 67 | Priscilla Hernandez |
| 21 | 68 | Jose Higuera |
| 22 | 69 | Anna Huerta |
| 23 | 70 | David Hull |
| 24 | 71 | Dewayne Hurd |
| 25 | 72 | Marcus Isaacs Sr. |

| | | |
|---|---|---|
| 1 | 73 | Phil Isit |
| 2 | 74 | Latoya Jackson |
| 3 | 75 | Mary Jackson |
| 4 | 76 | Kevin Jepsen |
| 5 | 77 | Kenneth Jerez |
| 6 | 78 | Gloriana Joe |
| 7 | 79 | Madalene John |
| 8 | 80 | Arianne Johnson |
| 9 | 81 | James Johnson |
| 10 | 82 | Matthew Johnson |
| 11 | 83 | Damon Jones |
| 12 | 84 | Richard Jones |
| 13 | 85 | Shannon Jones |
| 14 | 86 | Jeffrey Karter |
| 15 | 87 | Sharon Kearney |
| 16 | 88 | Loren Kerns |
| 17 | 89 | Christopher Kilgore |
| 18 | 90 | Monica Klain |
| 19 | 91 | Jeffery Klock |
| 20 | 92 | Peter Knoch |
| 21 | 93 | Takira Kreschollek |
| 22 | 94 | Len La Count |
| 23 | 95 | Scott Lammers |
| 24 | 96 | Dan Lavender |
| 25 | 97 | Samuel Lavender |

| | | |
|---|---|---|
| 1 | 98 | Lorraine Lebarron |
| 2 | 99 | Howard Lewis |
| 3 | 100 | Rosie Licano |
| 4 | 101 | Rebecca Lighthart |
| 5 | 102 | Albert Lopez |
| 6 | 103 | Carlos Lopez |
| 7 | 104 | Ricardo Lopez |
| 8 | 105 | Adam Lucas |
| 9 | 106 | Floyd Lucero |
| 10 | 107 | Melissa Lucio |
| 11 | 108 | Daniel Ludwig |
| 12 | 109 | Jorge Luevano |
| 13 | 110 | Joel Machuca |
| 14 | 111 | Hector Macias |
| 15 | 112 | Kathy Maier |
| 16 | 113 | Michael Mannion |
| 17 | 114 | Deane Mansfield Jr. |
| 18 | 115 | Robert Marlatt |
| 19 | 116 | Frank Marrufo |
| 20 | 117 | Dennis Martin Jr. |
| 21 | 118 | Benjamin Martinez |
| 22 | 119 | Vincent Marto |
| 23 | 120 | Mark Matthews |
| 24 | 121 | Bob Mattingly |
| 25 | 122 | Patricia Mattingly |

| | | |
|---|---|---|
| 1 | 123 | Christopher Maxey |
| 2 | 124 | Barbara Mayes |
| 3 | 125 | Steven McDevitt |
| 4 | 126 | Cassius McFerson Sr. |
| 5 | 127 | Franklin McGee Jr. |
| 6 | 128 | Paula McKinney |
| 7 | 129 | Richard Mendes |
| 8 | 130 | Suzan Michelle |
| 9 | 131 | Corytana Miller |
| 10 | 132 | William Miller |
| 11 | 133 | Peter Moffat |
| 12 | 134 | Eddie Montijo |
| 13 | 135 | Rodriquoes Morgan |
| 14 | 136 | William Morgan |
| 15 | 137 | Jessica Myers |
| 16 | 138 | Jose Navarro |
| 17 | 139 | Edward Newby |
| 18 | 140 | Robert Ocell |
| 19 | 141 | Margaret O'Dell |
| 20 | 142 | Michael O'Leary |
| 21 | 143 | Clarence Olsen |
| 22 | 144 | Johnny Ontiveros |
| 23 | 145 | Carlos Ortiz |
| 24 | 146 | Jose Ortiz |
| 25 | 147 | Laura Parker |

| | | |
|---|---|---|
| 1 | 148 | Michelle Pence |
| 2 | 149 | Oscar Perez Aguilar |
| 3 | 150 | Noah Perkins |
| 4 | 151 | James Perry |
| 5 | 152 | Erin Petersen |
| 6 | 153 | Debra Pierce |
| 7 | 154 | Cynthia Pierson |
| 8 | 155 | Sheila Prevatke |
| 9 | 156 | Harvey Pryor |
| 10 | 157 | Lyle Qualls |
| 11 | 158 | Timothy Rabourn |
| 12 | 159 | Frank Raider |
| 13 | 160 | Adela Ramirez |
| 14 | 161 | Asencio Ramirez Alvarado |
| 15 | 162 | Betty Ramos |
| 16 | 163 | Fonda Reagan |
| 17 | 164 | Rodney Reed |
| 18 | 165 | Kerri Regert |
| 19 | 166 | Jerry Reichelt |
| 20 | 167 | Cayla Rockwell |
| 21 | 168 | John Rockwell |
| 22 | 169 | Gabriel Rodriguez |
| 23 | 170 | Hector Rodriguez |
| 24 | 171 | Eduardo Rodriguez Alipio |
| 25 | 172 | Victor Rodriguez Cabanas |

| | | |
|---|---|---|
| 1 | 173 | Angelico Rodriquez |
| 2 | 174 | Daniel Rollins |
| 3 | 175 | Jessie Roman |
| 4 | 176 | Armando Romero |
| 5 | 177 | Raymond Romero Jr. |
| 6 | 178 | Maria Romero Ruiz |
| 7 | 179 | Patrick Rosales Jr. |
| 8 | 180 | Jose Ross |
| 9 | 181 | Jenette Rude |
| 10 | 182 | Michael Salcido |
| 11 | 183 | Gilberto Sanchez |
| 12 | 184 | Willie Sanders |
| 13 | 185 | Rafael Santa Cruz |
| 14 | 186 | Laura Schad |
| 15 | 187 | David Schalk |
| 16 | 188 | Louis Schlesselman |
| 17 | 189 | Marietta Schmitt |
| 18 | 190 | Steven Scritchfield |
| 19 | 191 | Kevin Scully Lafoy |
| 20 | 192 | Mauricio Serna |
| 21 | 193 | Jason Sesma |
| 22 | 194 | Abraham Shamseddine |
| 23 | 195 | Robert Siragusa |
| 24 | 196 | Jeffrey Smith |
| 25 | 197 | Johnathan Smith |

| | | |
|---|---|---|
| 1 | 198 | Wayne Soete |
| 2 | 199 | Hope Sopha |
| 3 | 200 | Scott Sowell |
| 4 | 201 | Casey Sprenger |
| 5 | 202 | Regenia Stapley |
| 6 | 203 | Chivonne Stephens |
| 7 | 204 | Kenneth Stern |
| 8 | 205 | Frankie Stillman |
| 9 | 206 | Marqeshia Tamplin |
| 10 | 207 | John Taylor |
| 11 | 208 | Michelle Thompson |
| 12 | 209 | Zina Thornburg |
| 13 | 210 | Kenneth Thorp |
| 14 | 211 | Michael Tilley |
| 15 | 212 | Miguel Torres Prado |
| 16 | 213 | Rita Turnley |
| 17 | 214 | Eva Twoguns |
| 18 | 215 | Yvonne Verdugo |
| 19 | 216 | Felipe Verduzco Jr. |
| 20 | 217 | Marco Victorio Malagon |
| 21 | 218 | Vanessa Vidal |
| 22 | 219 | David Vigil |
| 23 | 220 | Benjamin Villa |
| 24 | 221 | Tracy Villalobos |
| 25 | 222 | Jacqueline Waechter |

| | | |
|---|---|---|
| 1 | 223 | John Weaver |
| 2 | 224 | Vearle Webb |
| 3 | 225 | John Weber |
| 4 | 226 | Christopher Weintraub |
| 5 | 227 | Tracee Weintraub |
| 6 | 228 | Natalie Welch |
| 7 | 229 | Debra Wendel |
| 8 | 230 | Michael Wesho |
| 9 | 231 | Ruben White |
| 10 | 232 | Erich Wimberley |
| 11 | 233 | Marjorie Woodty |
| 12 | 234 | Sheila Wright |
| 13 | 235 | Ronald Yalovich |
| 14 | 236 | Michael Yoder |
| 15 | 237 | Christine Young |
| 16 | 238 | Natalie Young |