IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Perez,<br><br>    Plaintiff,<br><br>v.<br><br>AAA Cab Service Incorporated, et al.,<br><br>    Defendants. | No. CV-15-02653-PHX-ROS<br><br>**CONSENT JUDGMENT** |

  Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Plaintiff" or the "Secretary"), and Defendants AAA Cab Service, Inc., dba AAA Medex Transport, an Arizona corporation; Mir Masood Shamsa, individually and as managing agent of the corporate employer; Hossein Dibazar, individually and as managing agent of the corporate employer ("Defendants") have agreed to resolve the matters in controversy in this civil action and consent to the entry of this consent judgment ("Consent Judgment" or "Judgment") in accordance herewith:

  A. The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 7, 11(c), 15(a)(2) and (5) of the Fair Labor Standards Act of 1938, as amended ("FLSA" or the "Act"), 29 U.S.C. §§ 207, 211(c), 215(a)(2) and (5).

  B. Defendants acknowledge receipt of a copy of the Secretary's

1  Complaint.

2      C.    Defendants have retained legal counsel, including for the corporate
3  defendant, AAA Cab Service, Inc.

4      D.    Defendants waive issuance and service of process and waive answers
5  and any defenses to the Secretary's Complaint.

6      E.    The Secretary and Defendants waive Findings of Fact and
7  Conclusions of Law.

8      F.    Defendants admit that the Court has jurisdiction over Defendants and
9  subject matter of this civil action and that venue lies in the District of Arizona.

10     G.    Defendants agree to the entry of this Consent Judgment without
11 contest.

12     H.    Defendants acknowledge that Defendants and any individual or entity
13 acting on their behalf or at their direction (including but not limited to supervisors
14 and/or managers at Defendants' businesses) have notice of, and understand, the
15 provisions of this Consent Judgment.

16     I.    Defendants failed to pay all overtime due to certain employees, in
17 derogation of Sections 7 and 15(a)(2) of the FLSA during the investigative period
18 of September 10, 2012 through and including September 9, 2014 ("Subject
19 Period") due to failure to maintain all records required under the FLSA.

20     J.    Defendants admit that, because certain records maintained by
21 Defendants and their employees appear not to have accounted for all hours worked
22 by certain employees, Defendants were in derogation of Sections 11(c) and
23 15(a)(5) of the FLSA during the Subject Period by failing to make, keep and
24 preserve records of their employees and of the wages, hours, and other conditions
25 and practices of employment as prescribed by the regulations found in 29 C.F.R.
26 Part 516 that are issued, and from time to time amended, pursuant to Section 11(c)
27 of the FLSA.

28     K.    Defendants understand and expressly acknowledge that demanding or

accepting any of the monies due to any current or former employees under this Consent Judgment, threatening any current or former employee for accepting monies due under this Consent Judgment, or threatening any current or former employee for exercising any of his or her rights under the FLSA is specifically prohibited and may subject Defendants to equitable and legal damages, including punitive damages and civil contempt.

Therefore, upon request of the attorneys for the Secretary (Doc. 5), and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, that Defendants and their officers, agents, servants, employees, and all persons in active concert or participation with them be, and hereby are, permanently enjoined and restrained from violating the provisions of the FLSA, in any of the following manners:

1. Defendants shall not, contrary to Sections 7 and 15(a)(2) of the Act, employ any of their employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty hours at a rate not less than one and one-half times the regular rates at which he is employed.

2. Defendants shall not fail to make, keep and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to Sections 11(c) and 15(a)(5) of the Act and found in 29 C.F.R. Part 516.

3. Defendants shall not continue to withhold payment of **$46,233.14** which constitutes the unpaid gross overtime compensation found due to the present and former employees of AAA Cab Service, Inc. who are identified by name and

amounts owed ("Back Wages (Gross)") in Exhibit A.

4. Defendants shall not request, solicit, suggest, or coerce, directly, or indirectly, any employee to return or to offer to return to Defendants or to someone else for Defendants, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this Judgment or the FLSA; nor shall Defendants accept, or receive from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages heretofore or hereafter paid to said employee under the provisions of this Judgment or the FLSA; nor shall Defendants discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from Defendants under the provisions of this Judgment or the FLSA.

**FURTHER, JUDGMENT IS HEREBY ENTERED**, pursuant to Section 16(c) of the FLSA, in favor of the Secretary and against Defendants, jointly and severally, in the amount of **$92,466.28**, which includes the balance due of $46,233.14 in unpaid gross overtime compensation referenced in Paragraph 3 owed by Defendants to the former and present employees identified by name in Exhibit A, plus an equal amount of $46,233.14 in liquidated damages, permitted pursuant to Section 16(b) of the FLSA, plus interest at the rate of 1% per annum in the amount of $385.70.  Additionally, Defendants shall pay a civil monetary penalty of **$28,600**, pursuant to authority granted in FLSA § 16(e).

5. Defendants shall deliver to the United States Department of Labor, Wage and Hour Division, Phoenix District Office ("Wage and Hour Division"), Attn: Marixsa Petrilli-Alvarez, 230 N. First Ave., Suite 402, Phoenix, Arizona 85003, as described herein and as set forth in the attached Exhibit B, until the liquidated damages, back wage recovery, post-judgment interest, and civil monetary penalty provisions of this Consent Judgment have been satisfied in full,

the following:

    a.    On or before **February 1, 2016**, a schedule bearing the firm name(s), employer identification number(s), address(es), and phone number(s) of Defendants and showing the name, last known (home) address, social security number, gross back wage amount, liquidated damage amount (as listed in the attached Exhibit A), and post-judgment interest for each person listed in the attached Exhibit A.

    b.    On or before **February 1, 2016**, and again, on or before the first day of each of the following five months, Defendants' installment payments 1-6 in the amount of **$10,316.89** in accordance with the terms set forth in the attached Exhibit B.  Defendants shall deliver payments 1 through 6 via certified or cashier's check or money order made payable to "Wage &Hour Div-Labor," with the firm name on the check or money order and "Liquidated Damages" written on the memo line.

    c.    On or before **May 1, 2016,** and again, on or before the first day of each of the following five months, Defendants' installment payments 7-12, in accordance with the terms of Exhibit B.  Defendants shall deliver payments 7 through 12 via certified or cashier's check or money order made payable to "Wage & Hour Div-Labor," with the firm name on the check or money order and "Back wages and interest" on the memo line.

    d.    On or before **November 1, 2016**, Defendants shall pay the civil monetary penalty of **$28,600** as a final installment, in accordance with the terms set forth in the attached Exhibit B.  Defendants shall deliver payment 13 via certified or cashier's check or money order with the firm name on the check or money order and "OT/CMP" on the memo line.

    e.    Defendants may pay the remaining balance due for the liquidated damages, back wages and civil monetary penalty in full at any time with no additional penalty or interest.  The checks or money orders described in

paragraph 5 shall contain no expiration dates.

6. In the event of a default in the timely making of the payments specified herein, the full amount outstanding due under this Consent Judgment, plus post-judgment interest at the rate of 10% per year from the date of this Consent Judgment until the amount of this Consent Judgment is paid in full, shall become immediately due and payable directly to the U.S. Department of Labor by certified check to the Wage and Hour Division. For the purposes of this paragraph, a "default" is deemed to occur if payment is not delivered within five (5) calendar days of the due date.

7. The Secretary shall distribute the funds received under this Judgment to the employees named and in the amounts set forth in this Consent Judgment (or to their heirs or estates). The amounts paid in installments 1 through 6 shall be applied by the Secretary to satisfy the liquidated damages portion of this Judgment. The amounts paid in installments 7 through 12 shall be applied to the back wages owed under the provisions of Section 16(c) of the FLSA, 29 U.S.C. § 216(c). Any monies not distributed by the Wage and Hour Division because of a failure to locate an employee or because of an employee's refusal to accept said distribution shall be deposited with the Treasurer of the United States, pursuant to 28 U.S.C. § 2041.

8. Further, the filing, pursuit, and/or resolution of this proceeding with the filing of this Consent Judgment shall not act as or be asserted as a bar to any action under Section 16(b) of the FLSA, 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit A, nor as to any employee named on the attached Exhibit A for any period not specified herein for the back wage recovery provisions.

9. Each party shall bear all fees and other expenses (including court costs and attorney's fees) incurred by such party in connection with any stage of this proceeding.

**IT IS FURTHER ORDERED** this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated this 28th day of January, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge

## **EXHIBIT A** TO CONSENT JUDGMENT

| First Name | Last Name | Back Wages (Gross) | Liquidated Damages | Interest | Total Due |
|---|---|---|---|---|---|
| CASSANDRA | ADAMS | 63.45 | 63.45 | $0.69 | $127.33 |
| JULIA | AGUILAR | 642.60 | 642.60 | $6.97 | $1,289.48 |
| RUTHANN | AKENS | 132.60 | 132.60 | $1.44 | $266.08 |
| EDWARD | ALDAMA | 522.75 | 522.75 | $5.67 | $1,048.98 |
| JOSE | AMBRIZ | 745.88 | 745.88 | $8.09 | $1,496.73 |
| KENNETH | ANDERSON | 23.50 | 23.50 | $0.25 | $47.52 |
| SIMON | APODACA | 642.60 | 642.60 | $6.97 | $1,289.48 |
| DIANA | AYERS | 357.00 | 357.00 | $3.87 | $716.38 |
| GREGORY | AYERS | 84.79 | 84.79 | $0.92 | $170.14 |
| NADER | AYROM | 527.85 | 527.85 | $5.73 | $1,059.22 |
| JAMES | BAINES | 21.60 | 21.60 | $0.23 | $43.35 |
| DANIEL | BAKER | 351.27 | 351.27 | $3.81 | $44.61 |
| JOHN | BAKER | 22.23 | 22.23 | $0.24 | $704.89 |
| WILLIAM | BARTLEY | 734.40 | 734.40 | $7.97 | $1,473.69 |
| JEFFREY | BELL | 306.00 | 306.00 | $3.32 | $614.04 |
| JUAN | BERNAL | 336.60 | 336.60 | $3.65 | $675.44 |
| LUIS | BERNAL | 481.95 | 481.95 | $5.23 | $967.11 |
| MICHAEL | BONOGOFSKI | 86.70 | 86.70 | $0.94 | $173.97 |
| LACEY | BRINDLEY | 79.09 | 79.09 | $0.86 | $158.71 |

| # | First | Last | | | | |
|---|---|---|---|---|---|---|
| 1, 2 | GABRIEL | BUERAS OCHOA | 49.88 | 49.88 | $0.54 | $100.09 |
| 3 | ALEX | CALDERON | 218.03 | 218.03 | $2.37 | $437.51 |
| 4 | WILLIAM | CALDWELL | 326.40 | 326.40 | $3.54 | $654.97 |
| 5 | DAVID | CALVIN | 31.35 | 31.35 | $0.34 | $62.91 |
| 6, 7 | OSCAR | CASTANO | 57.38 | 57.38 | $0.62 | $115.15 |
| 8 | SHANNON | CASTILLO | 91.80 | 91.80 | $1.00 | $184.21 |
| 9 | CATHY | CHADWICK | 699.98 | 699.98 | $7.59 | $1,404.63 |
| 10 | LUKE | CHAVEZ | 306.00 | 306.00 | $3.32 | $614.04 |
| 11, 12 | SONYA | COLLINS | 29.93 | 29.93 | $0.32 | $60.06 |
| 13 | LUVINA | CONNER | 316.2 | 316.2 | $3.43 | $634.51 |
| 14 | MARVIN | COOPER | 38.57 | 38.57 | $0.42 | $77.39 |
| 15 | OLGA | CORELLA | 183.60 | 183.60 | $1.99 | $368.43 |
| 16, 17 | ESPERANZA | CORONADO | 65.03 | 65.03 | $0.71 | $130.50 |
| 18 | LESLI | CORRALES RODRIGUEZ | 346.80 | 346.80 | $3.76 | $695.91 |
| 19 | JONNIE | COUILLARD | 285.60 | 285.60 | $3.10 | $573.11 |
| 20, 21 | CLINTON | CRAWFORD JR | 65.55 | 65.55 | $0.71 | $131.54 |
| 22 | JOE | CUETO | 198.90 | 198.90 | $2.16 | $399.12 |
| 23 | LON | CURTIS | 218.79 | 218.79 | $2.37 | $439.03 |
| 24 | RALPH | DELGADO | 336.60 | 336.60 | $3.65 | $675.44 |
| 25, 26 | AMANDA | DENTON | 469.20 | 469.20 | $5.09 | $941.93 |
| 27 | GENE | DUMAS | 744.40 | 744.40 | $8.08 | $1,495.00 |
| 28 | HAL | ENGLE | 39.90 | 39.90 | $0.43 | $80.13 |

| # | First | Last | | | | |
|---|---|---|---|---|---|---|
| 1 | CHRISTINA | ESPINOZA | 119.34 | 119.34 | $1.29 | $239.68 |
| 2 | CANDICE | FALICKI | 32.40 | 32.40 | $0.35 | $65.07 |
| 3 | KATHY | FIGUEROA | 744.40 | 744.40 | $8.08 | $1,495.00 |
| 4 | DEQUALAN | FIKES | 97.54 | 97.54 | $1.06 | $195.90 |
| 5 | ROLANDO | FLORES | 459.00 | 459.00 | $4.98 | $921.83 |
| 6 | DENA | FOWLER | 29.33 | 29.33 | $0.32 | $58.91 |
| 7 | MONICA | FOX | 780.30 | 780.30 | $8.47 | $1,567.10 |
| 8 | MARCUS | FRANKLIN | 22.70 | 22.70 | $0.25 | $45.59 |
| 9 | JAMES | FREI | 377.40 | 377.40 | $4.09 | $757.95 |
| 10 | FAITH | FROST | 433.50 | 433.50 | $4.70 | $870.61 |
| 11 | ELYSA | GABALDON | 214.20 | 214.20 | $2.32 | $430.18 |
| 12 | POLO | GARCIA | 153.00 | 153.00 | $1.66 | $307.27 |
| 13 | LIBNAEL | GIGATO MATOS | 206.55 | 206.55 | $2.24 | $414.82 |
| 14 | ANTONIO | GOMEZ | 23.70 | 23.70 | $0.26 | $47.60 |
| 15 | ANGIE | GONSOSKI | 734.40 | 734.40 | $7.97 | $1,474.92 |
| 16 | AVILA | GONZALEZ | 745.88 | 745.88 | $8.09 | $1,497.98 |
| 17 | ERLINDA | GONZALEZ | 27.08 | 27.08 | $0.29 | $54.39 |
| 18 | ARTHUR | GRIEGO | 117.05 | 117.05 | $1.27 | $235.08 |
| 19 | CHARLES | GRIFFIN | 509.37 | 509.37 | $5.53 | $1,022.99 |
| 20 | RICHARD | HAND | 122.40 | 122.40 | $1.33 | $245.82 |
| 21 | JANA | HARVEY | 711.45 | 711.45 | $7.72 | $1,428.83 |
| 22 | DENISE | HAYES | 206.55 | 206.55 | $2.24 | $414.82 |

| | | | | | |
|---|---|---|---|---|---|
| WILLIAM | HEINEKE | 734.40 | 734.40 | $7.97 | $1,474.92 |
| ABE | HERNANDEZ | 75.87 | 75.87 | $0.82 | $49.20 |
| PEDRO | HERNANDEZ | 136.56 | 136.56 | $1.48 | $152.37 |
| PRISCILLA | HERNANDEZ | 24.50 | 24.50 | $0.27 | $274.26 |
| JOSE | HIGUERA | 122.40 | 122.40 | $1.33 | $245.82 |
| ANNA | HUERTA | 734.40 | 734.40 | $7.97 | $1,474.92 |
| DAVID | HULL | 26.40 | 26.40 | $0.29 | $53.02 |
| DEWAYNE | HURD | 21.40 | 21.40 | $0.23 | $42.98 |
| MARCUS | ISAACS SR | 57.60 | 57.60 | $0.62 | $115.68 |
| PHIL | ISIT | 74.10 | 74.10 | $0.80 | $148.82 |
| LATOYA | JACKSON | 79.20 | 79.20 | $0.86 | $159.06 |
| MARY | JACKSON | 31.20 | 31.20 | $0.34 | $62.66 |
| KEVIN | JEPSEN | 68.85 | 68.85 | $0.75 | $138.27 |
| KENNETH | JEREZ | 240.98 | 240.98 | $2.61 | $484.06 |
| GLORIANA | JOE | 139.23 | 139.23 | $1.51 | $279.86 |
| MADALENE | JOHN | 163.2 | 163.2 | $1.77 | $328.04 |
| ARIANNE | JOHNSON | 263.93 | 263.93 | $2.86 | $530.50 |
| JAMES | JOHNSON | 81.60 | 81.60 | $0.89 | $48.04 |
| MATTHEW | JOHNSON | 23.90 | 23.90 | $0.26 | $164.02 |
| DAMON | JONES | 193.80 | 193.80 | $2.10 | $42.98 |
| RICHARD | JONES | 21.38 | 21.38 | $0.23 | $389.54 |
| SHANNON | JONES | 20.00 | 20.00 | $0.22 | $40.20 |

| First Name | Last Name | | | | |
|---|---|---|---|---|---|
| JEFFREY | KARTER | 112.20 | 112.20 | $1.22 | $225.52 |
| SHARON | KEARNEY | 97.20 | 97.20 | $1.05 | $195.38 |
| LOREN | KERNS | 387.60 | 387.60 | $4.21 | $779.08 |
| CHRISTOPHER | KILGORE | 22.40 | 22.40 | $0.24 | $45.02 |
| MONICA | KLAIN | 23.80 | 23.80 | $0.26 | $47.84 |
| JEFFERY | KLOCK | 22.40 | 22.40 | $0.24 | $45.02 |
| PETER | KNOCH | 21.70 | 21.70 | $0.24 | $43.62 |
| TAKIRA | KRESCHOLLEK | 27.60 | 27.60 | $0.30 | $55.48 |
| LEN | LA COUNT | 688.50 | 688.50 | $7.47 | $1,383.88 |
| SCOTT | LAMMERS | 734.40 | 734.40 | $7.97 | $1,476.14 |
| DAN | LAVENDER | 357.00 | 357.00 | $3.87 | $717.56 |
| SAMUEL | LAVENDER | 308.30 | 308.30 | $3.34 | $619.68 |
| LORRAINE | LEBARRON | 734.40 | 734.40 | $7.97 | $1,476.14 |
| HOWARD | LEWIS | 527.85 | 527.85 | $5.73 | $1,060.98 |
| ROSIE | LICANO | 42.00 | 42.00 | $0.46 | $84.42 |
| REBECCA | LIGHTHART | 49.95 | 49.95 | $0.54 | $100.40 |
| ALBERT | LOPEZ | 489.60 | 489.60 | $5.31 | $162.80 |
| CARLOS | LOPEZ | 367.20 | 367.20 | $3.98 | $738.08 |
| RICARDO | LOPEZ | 81.00 | 81.00 | $0.88 | $984.10 |
| ADAM | LUCAS | 21.86 | 21.86 | $0.24 | $43.94 |
| FLOYD | LUCERO | 107.29 | 107.29 | $1.16 | $215.66 |
| MELISSA | LUCIO | 26.30 | 26.30 | $0.29 | $52.86 |

| First | Last | | | | |
|---|---|---|---|---|---|
| DANIEL | LUDWIG | 112.20 | 112.20 | $1.22 | $225.52 |
| JORGE | LUEVANO | 757.35 | 757.35 | $8.22 | $1,522.28 |
| JOEL | MACHUCA | 302.82 | 302.82 | $3.29 | $608.66 |
| HECTOR | MACIAS | 363.38 | 363.38 | $3.94 | $730.40 |
| KATHY | MAIER | 309.83 | 309.83 | $3.36 | $622.76 |
| MICHAEL | MANNION | 76.95 | 76.95 | $0.83 | $154.66 |
| DEANE | MANSFIELD JR | 228.74 | 228.74 | $2.48 | $459.76 |
| ROBERT | MARLATT | 344.25 | 344.25 | $3.73 | $691.94 |
| FRANK | MARRUFO | 619.65 | 619.65 | $6.72 | $1,245.50 |
| DENNIS | MARTIN JR | 228.74 | 228.74 | $2.48 | $459.76 |
| BENJAMIN | MARTINEZ | 306.00 | 306.00 | $3.32 | $615.06 |
| VINCENT | MARTO | 25.65 | 25.65 | $0.28 | $51.56 |
| MARK | MATTHEWS | 683.40 | 683.40 | $7.41 | $1,374.16 |
| BOB | MATTINGLY | 86.40 | 86.40 | $0.94 | $173.81 |
| PATRICIA | MATTINGLY | 86.40 | 86.40 | $0.94 | $173.81 |
| CHRISTOPHER | MAXEY | 35.10 | 35.10 | $0.38 | $70.61 |
| BARBARA | MAYES | 107.29 | 107.29 | $1.16 | $215.84 |
| STEVEN | MCDEVITT | 411.83 | 411.83 | $4.47 | $828.47 |
| CASSIUS | MCFERSON SR | 26.40 | 26.40 | $0.29 | $53.11 |
| FRANKLIN | MCGEE JR | 62.70 | 62.70 | $0.68 | $126.13 |
| PAULA | MCKINNEY | 244.80 | 244.80 | $2.66 | $492.45 |
| RICHARD | MENDES | 30.00 | 30.00 | $0.33 | $60.35 |

| | | | | | |
|---|---|---|---|---|---|
| SUZAN | MICHELLE | 75.87 | 75.87 | $0.82 | $152.63 |
| CORYTANA | MILLER | 20.90 | 20.90 | $0.23 | $42.04 |
| WILLIAM | MILLER | 86.40 | 86.40 | $0.94 | $173.81 |
| PETER | MOFFAT | 89.51 | 89.51 | $0.97 | $180.07 |
| EDDIE | MONTIJO | 114.75 | 114.75 | $1.24 | $230.83 |
| RODRIQUOES | MORGAN | 21.70 | 21.70 | $0.24 | $43.65 |
| WILLIAM | MORGAN | 47.25 | 47.25 | $0.51 | $95.06 |
| JESSICA | MYERS | 65.03 | 65.03 | $0.71 | $130.82 |
| JOSE | NAVARRO | 112.20 | 112.20 | $1.22 | $225.71 |
| EDWARD | NEWBY | 44.18 | 44.18 | $0.48 | $88.87 |
| ROBERT | OCELL | 332.78 | 332.78 | $3.61 | $669.44 |
| MARGARET | O'DELL | 102.00 | 102.00 | $1.11 | $205.19 |
| MICHAEL | O'LEARY | 27.15 | 27.15 | $0.29 | $54.62 |
| CLARENCE | OLSEN | 142.80 | 142.80 | $1.55 | $287.26 |
| JOHNNY | ONTIVEROS | 91.80 | 91.80 | $1.00 | $184.67 |
| Carlos | Ortiz | 418.20 | 418.20 | $4.54 | $300.10 |
| JOSE | ORTIZ | 149.18 | 149.18 | $1.62 | $841.28 |
| LAURA | PARKER | 51.00 | 51.00 | $0.55 | $102.60 |
| MICHELLE | PENCE | 160.65 | 160.65 | $1.74 | $323.17 |
| OSCAR | PEREZ AGUILAR | 803.25 | 803.25 | $8.71 | $1,615.88 |
| NOAH | PERKINS | 68.27 | 68.27 | $0.74 | $137.34 |
| JAMES | PERRY | 80.33 | 80.33 | $0.87 | $161.60 |

| | | | | | |
|---|---|---|---|---|---|
| ERIN | PETERSEN | 321.30 | 321.30 | $3.49 | $646.35 |
| DEBRA | PIERCE | 734.40 | 734.40 | $7.97 | $1,477.37 |
| CYNTHIA | PIERSON | 768.83 | 768.83 | $8.34 | $1,546.63 |
| SHEILA | PREVATKE | 193.80 | 193.80 | $2.10 | $389.86 |
| HARVEY | PRYOR | 447.53 | 447.53 | $4.86 | $900.28 |
| LYLE | QUALLS | 298.35 | 298.35 | $3.24 | $600.18 |
| TIMOTHY | RABOURN | 295.80 | 295.80 | $3.21 | $595.05 |
| FRANK | RAIDER | 734.40 | 734.40 | $7.97 | $1,477.37 |
| ADELA | RAMIREZ | 734.40 | 734.40 | $7.97 | $1,477.37 |
| ASENCIO | RAMIREZ ALVARADO | 132.60 | 132.60 | $1.44 | $266.74 |
| BETTY | RAMOS | 21.60 | 21.60 | $0.23 | $43.45 |
| FONDA | REAGAN | 91.20 | 91.20 | $0.99 | $183.47 |
| RODNEY | REED | 153.00 | 153.00 | $1.66 | $307.78 |
| KERRI | REGERT | 469.20 | 469.20 | $5.09 | $943.88 |
| JERRY | REICHELT | 153.00 | 153.00 | $1.66 | $307.78 |
| CAYLA | ROCKWELL | 91.80 | 91.80 | $1.00 | $184.67 |
| JOHN | ROCKWELL | 629.85 | 629.85 | $6.83 | $1,267.91 |
| GABRIEL | RODRIGUEZ | 629.85 | 629.85 | $6.83 | $97.84 |
| HECTOR | RODRIGUEZ | 48.60 | 48.60 | $0.53 | $1,268.10 |
| EDUARDO | RODRIGUEZ ALIPIO | 543.15 | 543.15 | $5.89 | $1,093.56 |
| VICTOR | RODRIGUEZ CABANAS | 214.20 | 214.20 | $2.32 | $431.25 |
| ANGELICA | RODRIQUEZ | 335.97 | 335.97 | $3.65 | $676.42 |

| | | | | | |
|---|---|---|---|---|---|
| DANIEL | ROLLINS | 593.52 | 593.52 | $6.44 | $1,194.96 |
| JESSIE | ROMAN | 22.40 | 22.40 | $0.24 | $45.10 |
| ARMANDO | ROMERO | 54.19 | 54.19 | $0.59 | $109.10 |
| RAYMOND | ROMERO JR | 183.60 | 183.60 | $1.99 | $369.65 |
| MARIA | ROMERO RUIZ | 153.00 | 153.00 | $1.66 | $308.04 |
| PATRICK | ROSALES JR | 504.90 | 504.90 | $5.48 | $1,016.53 |
| JOSE | ROSS | 390.15 | 390.15 | $4.23 | $785.50 |
| JENETTE | RUDE | 21.50 | 21.50 | $0.23 | $43.29 |
| MICHAEL | SALCIDO | 54.19 | 54.19 | $0.59 | $109.10 |
| GILBERTO | SANCHEZ | 826.20 | 826.20 | $8.96 | $1,663.41 |
| WILLIE | SANDERS | 60.57 | 60.57 | $0.66 | $121.94 |
| RAFAEL | SANTA CRUZ | 80.33 | 80.33 | $0.87 | $161.73 |
| LAURA | SCHAD | 428.40 | 428.40 | $4.65 | $862.51 |
| DAVID | SCHALK | 826.20 | 826.20 | $8.96 | $1,663.41 |
| LOUIS | SCHLESSELMAN | 344.25 | 344.25 | $3.73 | $693.09 |
| MARIETTA | SCHMITT | 206.55 | 206.55 | $2.24 | $415.85 |
| STEVEN | SCRITCHFIELD | 298.35 | 298.35 | $3.24 | $600.68 |
| KEVIN | SCULLY LAFOY | 367.20 | 367.20 | $3.98 | $739.30 |
| MAURICIO | SERNA | 172.13 | 172.13 | $1.87 | $346.55 |
| JASON | SESMA | 57.00 | 57.00 | $0.62 | $114.76 |
| ABRAHAM | SHAMSEDDINE | 59.85 | 59.85 | $0.65 | $120.50 |
| ROBERT | SIRAGUSA | 275.40 | 275.40 | $2.99 | $554.48 |

| | | | | | |
|---|---|---|---|---|---|
| JEFFREY | SMITH | 314.29 | 314.29 | $3.41 | $632.77 |
| JOHNATHAN | SMITH | 58.05 | 58.05 | $0.63 | $116.87 |
| WAYNE | SOETE | 38.48 | 38.48 | $0.42 | $77.47 |
| HOPE | SOPHA | 489.60 | 489.60 | $5.31 | $985.73 |
| SCOTT | SOWELL | 227.59 | 227.59 | $2.47 | $458.22 |
| CASEY | SPRENGER | 240.98 | 240.98 | $2.61 | $485.17 |
| REGENIA | STAPLEY | 61.20 | 61.20 | $0.66 | $123.22 |
| CHIVONNE | STEPHENS | 21.38 | 21.38 | $0.23 | $43.05 |
| KENNETH | STERN | 487.69 | 487.69 | $5.29 | $981.88 |
| FRANKIE | STILLMAN | 285.60 | 285.60 | $3.10 | $575.39 |
| MARQESHIA | TAMPLIN | 137.70 | 137.70 | $1.49 | $277.47 |
| JOHN | TAYLOR | 230.14 | 230.14 | $2.50 | $463.73 |
| MICHELLE | THOMPSON | 25.36 | 25.36 | $0.28 | $51.10 |
| ZINA | THORNBURG | 75.87 | 75.87 | $0.82 | $152.88 |
| KENNETH | THORP | 65.03 | 65.03 | $0.71 | $131.04 |
| MICHAEL | TILLEY | 206.55 | 206.55 | $2.24 | $416.20 |
| MIGUEL | TORRES PRADO | 62.01 | 62.01 | $0.67 | $124.95 |
| RITA | TURNLEY | 316.20 | 316.20 | $3.43 | $637.14 |
| EVA | TWOGUNS | 734.40 | 734.40 | $7.97 | $1,479.81 |
| YVONNE | VERDUGO | 814.73 | 814.73 | $8.84 | $1,641.32 |
| FELIPE | VERDUZCO JR | 51.30 | 51.30 | $0.56 | $103.37 |
| MARCO | VICTORIO MALAGON | 75.87 | 75.87 | $0.82 | $152.88 |

| | | | | | |
|---|---|---|---|---|---|
| VANESSA | VIDAL | 411.83 | 411.83 | $4.47 | $829.84 |
| DAVID | VIGIL | 734.40 | 734.40 | $7.97 | $1,479.81 |
| BENJAMIN | VILLA | 183.60 | 183.60 | $1.99 | $369.96 |
| TRACY | VILLALOBOS | 228.74 | 228.74 | $2.48 | $460.91 |
| JACQUELINE | WAECHTER | 780.30 | 780.30 | $8.47 | $1,572.30 |
| JOHN | WEAVER | 66.00 | 66.00 | $0.72 | $132.99 |
| VEARLE | WEBB | 288.41 | 288.41 | $3.13 | $581.14 |
| JOHN | WEBER | 23.90 | 23.90 | $0.26 | $48.16 |
| CHRISTOPHER | WEINTRAUB | 91.80 | 91.80 | $1.00 | $184.98 |
| TRACEE | WEINTRAUB | 51.00 | 51.00 | $0.55 | $102.77 |
| NATALIE | WELCH | 308.30 | 308.30 | $3.34 | $621.22 |
| DEBRA | WENDEL | 780.30 | 780.30 | $8.47 | $1,572.30 |
| MICHAEL | WESHO | 183.60 | 183.60 | $1.99 | $369.96 |
| RUBEN | WHITE | 25.65 | 25.65 | $0.28 | $51.69 |
| ERICH | WIMBERLEY | 75.87 | 75.87 | $0.82 | $152.88 |
| MARJORIE | WOODTY | 183.60 | 183.60 | $1.99 | $369.96 |
| SHEILA | WRIGHT | 306.00 | 306.00 | $3.32 | $616.59 |
| RONALD | YALOVICH | 752.25 | 752.25 | $8.16 | $1,515.78 |
| MICHAEL | YODER | 816.00 | 816.00 | $8.85 | $1,644.23 |
| CHRISTINE | YOUNG | 151.73 | 151.73 | $1.65 | $305.74 |
| NATALIE | YOUNG | 790.50 | 790.50 | $8.58 | $1,592.85 |
| **SUBTOTAL:** | | **$61,567.33** | **$61,567.33** | **$667.01** | **$123,801.67** |

## **EXHIBIT B** TO CONSENT JUDGMENT

| Payment | Payment Due Date | Back Wages & Liquidated Damages Due | 1% Interest Due | Total Amount Due |
|---|---|---|---|---|
| 1 | 11/1/2015 | $10,214.28 | $102.61 | $10,316.89 - PAID |
| 2 | 12/1/2015 | $10,222.79 | $94.10 | $10,316.89 - PAID |
| 3 | 1/1/2016 | $10,231.31 | $85.58 | $10,316.89 - PAID |
| 4 | 2/1/2016 | $10,239.83 | $77.06 | $10,316.89 |
| 5 | 3/1/2016 | $10,248.37 | $68.52 | $10,316.89 |
| 6 | 4/1/2016 | $10,256.91 | $59.98 | $10,316.89 |
| 7 | 5/1/2016 | $10,265.46 | $51.43 | $10,316.89 |
| 8 | 6/1/2016 | $10,274.01 | $42.88 | $10,316.89 |
| 9 | 7/1/2016 | $10,282.57 | $34.32 | $10,316.89 |
| 10 | 8/1/2016 | $10,291.14 | $25.75 | $10,316.89 |
| 11 | 9/1/2016 | $10,299.72 | $17.17 | $10,316.89 |
| 12 | 10/1/2016 | $10,308.27 | $8.59 | $10,316.86 |
| **SUBTOTAL** | | **$123,134.66** | **$667.99** | **$123,802.56** |
| **13 – CMPs Due** | 11/1/2016 | **$28,600.00** | | **$28,600.00** |
| **Total** | | | | **$152,402.65** |